IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES H. LEWIS,

    Plaintiff,

vs.                                      Case No. 4:13cv266-MW/CAS

KEEKE COMMISSARY NETWORK,
LLC, and KENNETH TUCKER,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

The Clerk has referred this case because neither of the two court orders entered in this case have been able to reach Plaintiff. Plaintiff initiated this case on May 6, 2013, docs. 1-2, and an Order was entered the next day, May 7th. Doc. 4. On May 10th, Plaintiff filed a notice of change of address, doc. 5, and an amended in forma pauperis motion, doc. 6. Plaintiff's change of address indicated Plaintiff was released from prison and he listed an address at the Tallahassee Homeless Shelter. Doc. 5. Thus, the second court order entered directed the Clerk's office to send the first order to Plaintiff at the new address since it was likely Plaintiff never received it. Doc. 7.

At this point, Plaintiff's copies of all orders have been returned to the Court. Docs. 8. 9, 10, and 11. It has been a relatively short time since Plaintiff initiated this

case, but due to the fact that court orders cannot reach Plaintiff, this case should be dismissed without prejudice. There is no need to continue a case in the hope that a plaintiff may decide to contact the court and provide a current, valid mailing address. While Plaintiff has not been out of prison for an extensive period of time,[1] he has been released for a sufficient period of time in which to provide this Court with a valid mailing address.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on June 4, 2013.


S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] The Department of Corrections website indicates Plaintiff was released on May 1, 2013.