**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES H. LEWIS,**

       **Plaintiff,**

**v.**                         **CASE NO. 4:13-cv-266-MW/CAS**

**KEEKE COMMISSARY NETWORK,
LLC, and KENNETH TUCKER,**

       **Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 12, filed June 4, 2013. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute." The Clerk shall close the file.

SO ORDERED on July 8, 2013.

                              s/Mark E. Walker
                              United States District Judge